UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN QUILL, Individually And On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING CO., Inc., MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, JEFF T. BLAU, and LEONARD W. COTTON,<br><br>                                 Defendants, | 08-CV-1902 (DAB) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer, Robert L. Levy and Leonard W. Cotton.

Dated: March 6, 2008

                                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                           By: _/s/ Richard A. Rosen_

                                           Richard A. Rosen
                                           1285 Avenue of the Americas
                                           New York, NY 10019-6064
                                           Rrosen@paulweiss.com
                                           Telephone: (212) 373-3305

                                           *Attorneys for Defendants Marc D.*
                                           *Schnitzer, Robert L. Levy, and Leonard*
                                           *W. Cotton*

TO:

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
New York, New York  10017
212-696-3730

Jennifer F. Beltrami
Wolf Block, LLP
250 Park Avenue
New York, NY  10177
212-883-4955 (tel.)
jbeltrami@wolfblock.com

Lewis Kahn
Kahn Gauthier Swick LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504-455-1400

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Tamara Kogan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 7, 2008, I served true copies of the foregoing NOTICE OF APPEARANCE OF DANIEL J. LEFFELL and NOTICE OF APPEARANCE OF RICHARD A. ROSEN on the following:

Jennifer F. Beltrami
Wolf Block LLP
250 Park Avenue
New York, NY 10177

Lewis Kahn
Kahn Gauthier Swick LLC
650 Poydras Street
New Orleans, LA 70130

3. I made such service by placing true copies of the aforementioned documents in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

_____
Tamara Kogan

Sworn to before me this
7th day of March, 2008

_____
Notary Public

KATHRYN H. BODKIN
Notary Public, State of New York
No. 02BO6160616
Qualified in New York County
Commission Expires February 12, 2011