UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN QUILL, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTERLINE HOLDING CO., Inc., MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, JEFF T. BLAU, and LEONARD W. COTTON,<br><br>　　　　　　　　　　　　　Defendants. | 08-CV-1902 (DAB) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of WolfBlock LLP, hereby enters an appearance as counsel of record for Defendant Centerline Holding Company.

Dated: March 12, 2008

　　　　　　　　　　　　　　　　　　　　WOLFBLOCK LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Jennifer F. Beltrami
　　　　　　　　　　　　　　　　　　　　250 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY  10177
　　　　　　　　　　　　　　　　　　　　(212) 883-4955
　　　　　　　　　　　　　　　　　　　　jbeltrami@wolfblock.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Centerline Holding Company*

NYC:760413.1/CEN126-250721

TO:

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street
New York, New York 10017
212-696-3730

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
rrosen@paulweiss.com

NYC:760413.1/CEN126-250721