UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN QUILL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERLINE HOLDING CO., Inc., MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS, JEFF T. BLAU, and LEONARD W. COTTON,<br><br>Defendants. | 08-CV-01902 (DAB) |

### RULE 7.1 DISCLOSURE STATEMENT
### OF DEFENDANT CENTERLINE HOLDING COMPANY

Pursuant to the Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Centerline Holding Company certifies as follows:

Defendant Centerline Holding Company is a Delaware statutory trust that is not a subsidiary of any other corporation. Centerline Holding Company is publicly traded on the New York Stock Exchange under the symbol "CHC." Centerline Holding Company's principal office address is 625 Madison Avenue, New York, New York. There is no publicly-held corporation that owns ten percent (10%) or more of the stock of Centerline Holding Company.

Dated: March 12, 2008

WOLFBLOCK LLP

By: _____
         Jennifer F. Beltrami
250 Park Avenue
New York, NY 10177
(212) 883-4955
jbeltrami@wolfblock.com

*Attorneys for Defendant*
*Centerline Holding Company*

NYC:760415.1/CEN126-250721