RECEIVED CHAMBERS OF
APR 28 2008
JUDGE SCHEINDLIN

Steven Cooper
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, New York 10022
(212) 521-5400
scooper@reedsmith.com

Peter L. Simmons
Brian J. Howard
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

Attorneys for Defendants Jeff T. Blau and Stephen M. Ross

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
BRIAN QUILL, individually and on behalf of all others : 08-CV-01902 (SAS)
similarly situated, :
 :
 Plaintiff, :
 : **NOTICE OF SUBSTITUTION**
 - v - : **OF COUNSEL**
 :
CENTERLINE HOLDING CO., INC., et al., :
 :
 Defendants. :
------------------------------------------------------------------- x

PLEASE TAKE NOTICE that the attorneys of record for Defendants Jeff T. Blau and Stephen M. Ross have changed, and that Peter L. Simmons and Brian J. Howard of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, (212) 859-8000, are to be substituted as attorneys for such defendants in the place of Reed Smith LLP. The parties are requested to serve copies of all future papers on such replacement counsel.

To the extent that Court approval of the substitution of counsel is required pursuant to

Local Civil Rule 1.4, the accompanying Declaration of Brian J. Howard sets forth the basis on which such approval should be granted.

Dated: April 17, 2008

| | |
|---|---|
| REED SMITH LLP | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| By: _____ <br> Steven Cooper <br> 599 Lexington Avenue <br> New York, New York 10022 <br> (212) 521-5400 <br> scooper@reedsmith.com <br><br> *Former Attorneys for Defendants Jeff T. Blau and Stephen M. Ross* | By: _____ <br> Peter L. Simmons <br> Brian J. Howard <br> One New York Plaza <br> New York, New York 10004 <br> (212) 859-8000 <br> peter.simmons@friedfrank.com <br> brian.howard@friedfrank.com <br><br> *Attorneys for Defendants Jeff T. Blau and Stephen M. Ross* |

IT IS SO ORDERED.

_____
Hon. Shira A. Scheindlin, U.S.D.J.

4/28/08

7014095.3

<s>2</s>