*Scheindlin, J*

**KAHN GAUTHIER SWICK, LLC**
Kim E. Miller
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498

Lewis Kahn
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

*Counsel for Brian Quill and Burns Group*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS) |
|---|---|

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff, Brian Quill, hereby dismisses his suit (formerly docketed as No. 08-Civ-01902 (SAS)) without prejudice. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, dismissal without Court order is proper as this is not a voluntary dismissal of the claims of a certified class, *see* Fed. R. Civ. P. 23(e)(1)(A); *see also* Fed. R. Civ. Proc. advisory committee's note (2003) ("The new rule requires approval only if the claims, issues or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise."), and no answer or motion for summary judgment has yet been served by the opposing party.

| | |
|---|---|
| DATED: May 13, 2008 | Respectfully submitted,<br><br>**KAHN GAUTHIER SWICK, LLC**<br><br>By: /s/ Kim Miller  by permission (PB)<br>Kim E. Miller<br>12 East 41st Street, 12th Floor<br>New York, NY 10017<br>Telephone: (212) 696-3730<br>Fax: (504) 455-1498<br><br>Lewis Kahn<br>Poydras Center<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br>Telephone: (504) 455-1400<br>Fax: (504) 455-1498<br><br>*Counsel for Brian Quill and Burns Group* |

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Voluntary Dismissal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 13, 2008.

By: /s/ Kim Miller  by permission (PB)
/Kim E. Miller

SO ORDERED

[signature]
5/19/08